PD-0360&0361&0362-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

Cause No's
2-12-072CR
2-12-073CR    vs    State of Texas
2-12-074CR

Motion To File A Late Out of Time Petition For Discretionary Review

Appellant Jeffrey Maxwell now comes before the Court of Appeals To ask for permission to file a Late Out of Time Petition For Discretionary Review.

When the 2nd District Court of Appeals made the final disposition on Appellants Direct Appeal, The 2nd District Court of Appeals Never notifed the Appellant under Texas Rules of Appellate Procedure rule number 48.1.

The Appellant also recieved a letter dated July 30th, 2015, from 2nd District Court of Appeals Court Clerk Debra Spisak showing Appellants Attorney Richard Alley SBN 01078010 of being in violation of Texas Rules of Appellate Procedure rule number 48.4.

Appellant then requested a Late Re Hearing on Appellants Direct Appeal.

with the 2nd District Court of Appeals, Appellant was turned down in a letter dated August 27th, 2015.

Appellant request that the Court of Appeals verfiy the above information with the 2nd District Court of Appeals and the Appellants unit mail room to see that Appellant was never notifed.

The Appellant respectfully prays that Court of Appeals approve this motion

Date Sept 1st 2015

Jeffrey Maxwell
#1765985
Robertson Unit
12071 FM 3522
Abilene, Tx 79601

Cause No's
2-12-072 CR
2-12-073 CR    vs    State of Texas
2-12-074 CR

Motion For A Time Extension On
The Late Out of Time Petition For
Discretionary Review Dated Sept. 1st, 2015

Appellant Jeffrey Maxwell now comes
before the Court of Appeals to ask for
a time extension on Appellants Late
Out of Time Petition For Discretionary
Review

The Appellant respectfully prays that
the Court of Appeals grant more time
in filing

Date Sept. 1st, 2015      Jeffrey Maxwell
                         #1765985
                         Robertson Unit
                         12071 FM 3522
                         Abilene, Tx 79601

## Verification

I Jeffrey Maxwell, TDCJ#01765985, being currently incarcerated in the Robertson Unit of TDCJ-CID in Jones County, Texas, Do hereby verify and affirm that the above Motion are true, correct, signed and dated by me pursuant to Tex. Civ. Prac. and Rem. Code #132.001-.003 et seq/title 28 USC #1746: under penalty of perjury.

Dated Sept. 1st, 2015          _Jeffrey Maxwell_